UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:12-cv-01112-LRH-NJK |
| | ) | |
| vs. | ) | |
| | ) | |
| $91,110.00 IN UNITED STATES CURRENCY, | ) | RECUSAL ORDER |
| | ) | |
| Defendant. | ) | |

This matter was assigned to the undersigned Magistrate Judge on January 7, 2013.

With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

DATED: March 22, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge