## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12–cv-01112-LRH-CWH |
| ) | |
| Plaintiff, ) | **MINUTE ORDER** |
| v. ) | |
| ) | |
| $91,110.00 IN UNITED STATES CURRENCY, ) | April 4, 2016 |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before the court is the plaintiff's Motion to Continue Show Cause Proceedings (ECF No.31[1]) whereby Plaintiff, with the consent of defendant's counsel, requests an additional sixty (60) days by which to finalize settlement negotiations in this case.  Good cause appearing,

    Plaintiff's Motion to Continue Show Cause Proceedings (ECF No.31) is **GRANTED**. Plaintiff shall have until Tuesday, May 31, 2016, by which to finalize settlement negotiations in this case.

    IT IS SO ORDERED.

                                            LANCE S. WILSON, CLERK

                                            By:           /s/
                                                       Deputy Clerk

---

[1]Refers to court's docket number.